IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00671-STV

JEFFREY W. HOCKENSMITH, personal representative of the Estate of Jacqueline Marie
Bickford,

       Plaintiff,

v.

SHERIFF JOHN MINOR, in his official and individual capacities,
CAPTAIN ERIK J. BOURGERIE, in his individual capacity,
STAFF SERGEANT CHERYL GIORDANO, in her individual capacity,
DEPUTY GILBERT, in his/her individual capacity,
DANIELLE WOOD, in her individual capacity,
DEPUTIES JOHN AND JANE DOES 1-10,

       Defendants.

---

## DEFENDANT GIORDANO'S ANSWER TO PLAINTIFF'S COMPLAINT

---

Defendant, CHERYL GIORDANO, by undersigned counsel, answers plaintiff's

complaint (Doc. 1) as follows:

1.      Admits the allegations contained in paragraphs 12, 13, 23 and 29.

2.      Denies the allegations contained in paragraphs 19, 24, 25, 31, 33, 35, 38, 40-42,

44-47, and 49-54.

3.      With respect to the allegations contained in paragraphs 1 – 3, does not dispute

jurisdiction or venue.  The remaining allegations are denied.

4.      Is without knowledge and information sufficient to form a belief as to the truth of

the allegations contained in paragraphs 4, 5, 10, 11, 16, 17, 21, 22, 27, 28, 34, 37, 39, and 43 and

therefore denies them.

5.      With respect to the allegations contained in paragraphs 6 – 9, admit that the defendants were U.S. citizens, residents of Colorado, and employed by the Summit County Sheriff's office.  The remaining allegations are denied.

6.      With respect to the allegations contained in paragraph 14, admit that Ms. Bickford was held on a $1,000 bond.  Ms. Giordano is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations.

7.      With respect to the allegations contained in paragraph 15, admits that Ms. Bickford was booked into the Summit County Jail on April 6, 2016.  Ms. Giordano is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations.

8.      With respect to the allegations contained in paragraph 18, admits that she responded to a message sent by Ms. Bickford.  The remaining allegations are denied.

9.      With respect to the allegations contained in paragraph 20, admits that she responded to Ms. Bickford's question about a restraining order.  The remaining allegations are denied.

10.     With respect to the allegations contained in paragraph 26, admits that Zackary Moffitt was booked into Summit County Jail with a blood alcohol level of almost .4.  The remaining allegations are denied.

11.     With respect to the allegations contained in paragraph 30, admits that orders were issued to keep the two inmates away from each other.  The remaining allegations are denied.

12.     With respect to the allegations contained in paragraph 32, admits that *James Durkee v. Jamie Fitzsimons et al.*, Civil Action No. 14-CV-00745-WYD-MJW filed in the United States District Court for the District of Colorado resulted in a deadlocked jury before the

Honorable Judge Wiley Y. Daniel, and that Mr. Durkee received a $200,000 settlement. The remaining allegations are denied.

13.     Any allegations not otherwise specifically addressed above are denied.

**DEFENSE THEORIES**

1.     Plaintiff's complaint fails to state a claim upon which any relief may be granted against Defendant Giordano.

2.     Ms. Giordano, in her individual capacity, is entitled to qualified immunity with respect to all of plaintiff's claims.

3.     Plaintiff's claims against Ms. Giordano are barred, in whole or in part, by a lack of personal participation.

4.     Plaintiff's injuries and damages, if any, were caused by her own acts or omissions, either independent of or in combination with or through the acts or omissions of third parties, over whom Ms. Giordano possessed no ability to control or right of control.

5.     Plaintiff's claim for injunctive/equitable relief is moot.

6.     The Prison Reform Act, 42 U.S.C. § 1997e(d), governs any monetary judgment and/or any award of attorney fees ordered pursuant to 42 U.S.C. § 1988.

7.     Ms. Giordano incorporates by reference all applicable affirmative defenses and defenses asserted by any other Defendant in this action.

8.     Ms. Giordano reserves the right to add additional affirmative defenses as they become known through disclosure or discovery.

WHEREFORE, having fully answered plaintiff's complaint, defendant respectfully requests that this Court grant judgment in her favor and for costs, attorneys' fees, expert witness fees and such other relief as this Court may deem proper.

**DEFENDANT DEMANDS TRIAL TO A JURY**

Respectfully submitted,

By  s/*Leslie L. Schluter*
    Leslie L. Schluter
    DAGNER | SCHLUTER | MITZNER | WERBER, LLC
    5105 DTC Parkway, Suite 250
    Greenwood Village, CO 80111
    Telephone:  (303) 221-4661
    Fax:  (303) 221-4594
    E-mail:  lschluter@lawincolorado.com

ATTORNEYS FOR DEFENDANT CHERYL GIORDANO

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 2, 2018, I electronically filed the foregoing **DEFENDANT GIORDANO'S ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Arthur Lane, Esq.
Reid Robertson Allison, Esq.
Killmer, Lane & Newman, LLP
rallison@kln-law.com
dlane@kln-law.com

David James Goldfarb, Esq.
Josh Adam Marks, Esq.
BERG HILL GREENLEAF RUSCITTI LLP
djg@bhgrlaw.com
jam@bhgrlaw.com

Robert J. Zavaglia, Jr., Esq.
Kathleen J. Johnson, Esq.
TREECE ALFREY MUSAT P.C.
zavaglia@tamlegal.com
kjohnson@tamlegal.com

s/*Marisa Showalter*
Paralegal